**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6743**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANIEL LUTZ,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CR-95-293-ALL, CA-99-3663-PJM)

---

Submitted:  July 18, 2002                    Decided:  July 25, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Daniel Lutz, Appellant Pro Se.  Lynne Ann Battaglia, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Lutz seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Lutz, Nos. CR-95-293-ALL; CA-99-3663-PJM (D. Md. Feb. 25, 2002). We deny Lutz's motion for expedited consideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED